SAN FRANCISCO BRIDGE CO. v. BOWERS. (Circuit Court of Appeals, Ninth Circuit. January 7, 1901.) No. 544. Appeal from the Circuit Court of the United States for the Northern District of California. R. Percy Wright and D. M. Delmas, for appellant. John H. Miller, for appellee. Appeal dismissed, upon filing of stipulation of counsel for respective parties therefor, without costs to either party in either court. See 91 Fed. 381.

SOUTHERN RY. CO. v. MOZELY. (Circuit Court of Appeals, Sixth Circuit. January 19, 1901.) No. 852. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. Jourolmon, Welcker & Hudson, for plaintiff in error. Templeton & Carlock, for defendant in error. No opinion. Affirmed.

SWEENEY v. BARNEY & SMITH CAR CO. (Circuit Court of Appeals, Sixth Circuit. December 11, 1900.) No. 884. In Error to the Circuit Court of the United States for the Southern District of Ohio. Coffee & Mallon and Sprigg & Fitzgerald, for plaintiff in error. McMahon & McMahon and Paxton & Warring, for defendant in error. Dismissed per stipulation.

TEXAS & P. RY. CO. v. DE VITT et al. (Circuit Court of Appeals, Fifth Circuit. December 3, 1900.) No. 983. In Error to the Circuit Court of the United States for the Northern District of Texas. T. J. Freeman, for plaintiff in error. Maitlock, Cowan & Burney, for defendants in error. Dismissed per stipulation.

TRACY et al. v. EGGLESTON et al. (Circuit Court of Appeals, Fifth Circuit. January 15, 1901.) No. 909. In Error to the Circuit Court of the United States for the Western District of Texas. Charles J. Gillespie, for plaintiffs in error. R. H. Ward, for defendants in error. Dismissed for want of prosecution.

UNITED STATES v. BORGFELDT et al. (Circuit Court of Appeals, Second Circuit. December 12, 1900.) No. 33. Appeal from the Circuit Court of the United States for the Southern District of New York. Chas. D. Baker, for the United States. Everit Brown, for appellees. Before LACOMBE and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court.

UNITED STATES v. DOWNING et al. (Circuit Court of Appeals, Second Circuit. December 21, 1900.) No. 45. Appeal from the Circuit Court of the United States for the Southern District of New York. W. Usher Parsons, for the United States. Albert Comstock, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decision of circuit court affirmed.

UNITED STATES v. SILBERSTEIN et al. (Circuit Court of Appeals, Second Circuit. December 11, 1900.) No. 30. Appeal from the Circuit Court of the United States for the Southern District of New York. W. Usher Parsons, for the United States. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed (99 Fed. 263) in open court.